**Order entered July 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00315-CV

## IN RE: JAMES CHOICE, RENEKA TOWERS, ALYSIA CROW, NENA ELDRIDGE, CAROL OSTEEN, AND RODERICK NICHOLS, RELATORS

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-13993**

## ORDER

Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DISMISS** relators' petition for writ of mandamus.

/s/    ERIN A. NOWELL
JUSTICE